# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT E. WERBICKY, et al.,

        Plaintiff(s),

vs.

GREEN TREE SERVICING, LLC,

        Defendant(s).

Case No. 2:12-cv-01567-JAD-NJK

ORDER

This matter has been stayed pending resolution of Defendant's motion to dismiss. *See* Docket No. 28; *see also* Docket No. 6 (motion to dismiss). United States District Judge Jennifer A. Dorsey has now denied that motion to dismiss. *See* Docket No. 35. Accordingly, the Court hereby LIFTS the stay of discovery and ORDERS the parties to submit a joint proposed discovery plan no later than November 25, 2013.

    IT IS SO ORDERED.

    DATED: November 18, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge