# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. WERBICKY, et al., | Case No. 2:12-cv-01567-JAD-NJK |
| Plaintiff, | |
| vs. | ORDER |
| GREEN TREE SERVICING, LLC, et al., | |
| Defendants. | |

Pending before the Court are recent issues concerning the filing of documents under seal and/or for *in camera* review. *See* Docket Nos. 71, 72. The Court now has before it a response from Plaintiffs to the Court's order to show cause, as well as a renewed motion to seal filed by Defendant. At this time, the Court will not resolve the pending renewed motion to seal, but it orders the parties as follows with respect to Plaintiffs' response to the order to show cause.

First, Plaintiffs assert that they only filed Docket No. 57 under seal and submitted Exhibits 5 and 6 to the Court for its *in camera* review based on Defendant's contention that "these documents contain proprietary information." *See* Docket No. 75 at 2. It appears that Plaintiff may not have served all of Docket No. 57 and Exhibits 5 and 6 on Defendant, however. *See* Docket No. 80 at 2 n.2. To that end, the Court hereby **ORDERS** Plaintiffs, no later than October 10, 2014, to serve on Defendant a copy of Docket No. 57 and Exhibits 5 and 6.

Second, although Defendant's motion to seal addresses Exhibit 6, it does not argue that Exhibit 5 or any of the material filed under seal at Docket No. 57 merits secrecy. As such, the Court

hereby **ORDERS** Defendant, no later than October 17, 2014, to file a notice stating explicitly what portions of Docket No. 57 and any exhibits in support of that brief warrant secrecy, and which it contends may be filed publicly.

Third, Plaintiff Robert Werbicky (an attorney) indicated that he "did not know how to file under seal." *See* Docket No. 75 at 3.  Mr. Werbicky is expected to familiarize himself with the rules of the Court and comply with them.  Mr. Werbicky's statement is especially puzzling given that the Court issued a separate order explaining the procedures and standards for sealing.  Docket No. 55. The Court expects all counsel and parties to strictly comply with all Court orders and rules, and the failure to do so in the future may result in sanctions.

IT IS SO ORDERED.

DATED:   October 8, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge