UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. WERBICKY, et al., ) <br>                         Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GREEN TREE SERVICING, LLC, et al., ) <br>                         Defendants. ) <br> ) | Case No. 2:12-cv-01567-JAD-NJK <br><br> ORDER GRANTING MOTION TO SEAL <br><br> (Docket No. 80) |

      Pending before the Court is Defendant Green Tree Servicing, LLC's renewed motion to seal. Docket No. 80. Defendant seeks leave to keep under seal Exhibit D to its motion for summary judgment (Docket No. 65-1) and Exhibit 16 to Plaintiffs' motion for partial summary judgment (Docket No. 59). The Court finds this motion properly decided without oral argument. *See* Local Rule 78-2.

      To seal a document filed in relation to a dispositive motion, the movant must provide "compelling reasons" to warrant secrecy. *See, e.g., Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Exhibit 16 is Defendant's Servicing Agreement, which the Court has found through an order issued concurrently herewith merits secrecy. For the same reasons as outlined in that order, the Court hereby **GRANTS** the motion to seal as to Exhibit 16. Because that exhibit was improperly submitted for *in camera* review rather than filed on the docket under seal, the Court further **ORDERS** Plaintiffs to file, no later than November 6, 2014, a copy of Exhibit 16 on the docket under seal.

Exhibit D consists of audit manuals. *See* Docket No. 80 at 4-6. Defendant argues that the audit manuals constitute trade secrets, that Defendant maintains the confidentiality of their contents, and that revelation of the audit manuals would result in Defendant being competitively disadvantaged. *See* Docket No. 80 at 6-8. Defendant also argues that the exhibit cannot be easily redacted while leaving other meaningful information available to the public. *See id.* at 9. The Court agrees that compelling reasons exist to allow Exhibit D to be filed under seal and hereby **GRANTS** the motion to seal as to Exhibit D. Because that exhibit was improperly submitted for *in camera* review rather than filed on the docket under seal, the Court further **ORDERS** Defendant to file, no later than November 6, 2014, a copy of Exhibit D on the docket under seal.

IT IS SO ORDERED.

DATED: October 29, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge