# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. WERBICKY, et al., ) | |
| Plaintiff, ) | Case No. 2:12-cv-01567-JAD-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| GREEN TREE SERVICING, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

On October 29, 2014, the Court ordered Plaintiffs to properly refile their submission that had been filed at Docket No. 57. *See* Docket No. 101. In particular, the Court stated that it "hereby **ORDERS** Plaintiffs to refile, no later than November 6, 2014, Docket No. 57 and all exhibits attached thereto on the public docket, except that Exhibit 6 should be filed under seal." *See id.* at 2. The Court specifically ordered that Exhibit 6 be filed under seal, and not be submitted for *in camera* review. *See id.* ("To be clear, Exhibit 6 must be *filed under seal*, and Plaintiffs shall not submit a copy of Exhibit 6 to chambers for *in camera* review" (emphasis in original)). In response to that order, Plaintiffs refiled the majority of Docket No. 57 on the docket, but did not file Exhibit 6 under seal as ordered. Instead, Plaintiffs filed a placeholder indicating that Exhibit 6 was provided for *in camera* review. *See* Docket No. 108.

Because Plaintiffs failed to comply with the Court's order at Docket No. 101, the Court issued a minute order indicating that they were required to fully comply with that order no later than November 14, 2014. *See* Docket No. 111. In response to that minute order, on November 12, 2014,

Plaintiff Robert Werbicky (an attorney who is proceeding on his own behalf in this case) telephoned the undersigned's chambers indicating, *inter alia*, that the does not know how to file a document under seal. *See also* Docket No. 75 at 3 (filing by Mr. Werbicky indicating that "[t]he undersigned did not know how to file under seal").

Mr. Werbicky's telephone call to chambers raises two problems. First, parties and counsel are generally prohibited from contacting chambers *ex parte*. Local Rule 7-6(a). All parties and counsel are hereby **ORDERED** to refrain from calling chambers. The Court further reminds the parties and counsel that they must abide by the local rules and court orders, and that failure to do so may result in severe sanctions, including dismissal of a party's claims. *See, e.g.*, Local Rule IA 4-1.

Second, filing documents on the CM/ECF system is not difficult. In light of Mr. Werbicky's repeated assertions that he is unaware how to file under seal, the Court **ORDERS** that, no later than November 19, 2014, Mr. Werbicky must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website, www.nvd.uscourts.gov. To the extent Mr. Werbicky continues to lack sufficient knowledge on how to file a document under seal, he may contact the CM/ECF Help Desk at (702) 464-5555. In light of the above, the Court hereby **CONTINUES** the November 14, 2014 deadline for Plaintiffs to comply with Docket No. 101 to November 21, 2014.

IT IS SO ORDERED.

DATED: November 12, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

2