# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. WERBICKY, et al., | ) |
| Plaintiff(s), | ) Case No. 2:12-cv-01567-JAD-NJK |
| vs. | ) ORDER |
| GREEN TREE SERVICING, LLC, | ) |
| Defendant(s). | ) |

Due to conflicting duties of the Court, the settlement conference is hereby **CONTINUED** to 9:30 a.m. on July 7, 2016. Confidential settlement statements shall be submitted no later than June 30, 2016. All other requirements outlined in Docket No. 131 continue to govern.

IT IS SO ORDERED.

DATED: May 19, 2016

_____
Nancy J. Koppe
United States Magistrate Judge