UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. WERBICKY, et al., | ) |
| | ) |
| Plaintiffs, | )   2:12-CV-1567-JAD-NJK |
| | ) |
| vs. | ) |
| | ) |
| GREEN TREE SERVICING, LLC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **O R D E R**

On October 21, 2016, this Court received a request for a copy of a sealed audio recording (1:49:50 - 1:52:59) of the Settlement Conference held on September 8, 2016, at 9:30 a.m., in Courtroom 3D, before Magistrate Judge Nancy J. Koppe.

**IT IS THE ORDER OF THE COURT** that the sealed portions of the audio shall be unsealed by the Clerk for the limited purpose of providing a copy of the audio as requested by defense counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the audio shall thereafter be resealed by the Clerk until further order of this Court.

**IT IS FURTHER ORDERED** that counsel for defendant shall not disclose the sealed contents of the audio of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 25th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE