GREGG A. HUBLEY, ESQ.
Nevada Bar No. 7386
RAMIR M. HERNANDEZ, ESQ.
Nevada Bar No. 13146
**BROOKS HUBLEY, LLP**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
Tel: (702) 851-1191
Fax: (702) 851-1198
E-mail: ghubley@brookshubley.com
E-mail: rhernandez@brookshubley.com
*Attorney for the Defendant, Green Tree Servicing LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. WERBICKY, and DEANNA L. WERBICKY,<br><br>    Plaintiffs,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC, DOES I Through XX, inclusive,<br><br>    Defendants. | Case No.: 2:12-cv-01567-JAD-(NJK)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [# 153] AND CLOSING CASE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Robert and Deanna Werbicky ("Plaintiffs") and Defendant Ditech Financial LLC f/k/a Green Servicing, LLC, ("Defendant") hereby move and stipulate to dismiss Plaintiffs' claims with prejudice in this matter.

/ / /

/ / /

1210-0010/209544

Each party will bear its own costs, disbursements, and attorney fees.

DATED this 5th day of December, 2016.    DATED this 5th day of December, 2016.

**BACKUS, CARRANZA & BURDEN**          **BROOKS HUBLEY, LLP**

By: */s/ Edgar Carranza*            By: */s/ Ramir Hernandez*
    Edgar Carranza, Esq.                  Gregg A. Hubley, Esq
    Nevada Bar. No. 5902                  Nevada Bar No. 7386
    3050 South Durango Drive              Ramir Hernandez, Esq.
    Las Vegas, NV 89117                   Nevada Bar No. 13146
    Attorney for Plaintiffs               1645 Village Center Circle #60
                                          Las Vegas, Nevada 89134
                                          Attorneys for Defendant

### ORDER

Based on the parties' stipulation [ECF No. 153] and with good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:   12/7/16